[No. 46188-5-I.   Division One.   July 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK MATTSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09413-0, Ronald Kessler, J., entered February 27, 2002. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Schindler, J., concurred in by Baker and Appelwick, JJ.

The prior unpublished opinion in this cause, which was filed on March 25, 2002 and noted at 110 Wn. App. 1069, was *withdrawn* by order of the Court of Appeals dated July 7, 2003.

[No. 50121-6-I.   Division One.   July 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. NERI DOMINGO CARREON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07660-1, Paris K. Kallas, J., entered February 8, 2002. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Ellington, JJ.

[No. 50429-1-I.   Division One.   July 7, 2003.]

OSTEOPATHIC MEDICAL SERVICES, INC., ET AL., *Appellants*, v. US WEST COMMUNICATIONS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-16728-8, Nicole MacInnes, J., entered April 10, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Agid and Appelwick, JJ.